IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MANISH KANUBHAI PATEL,**

    **Petitioner,**

**v.**                                                             Civil Action No. 2:07cv105

**WYANE A. PHILLIPS, Warden,**

    **Respondent.**

## ORDER

It will be recalled that on June 12, 2008, Magistrate Judge James E. Seibert filed his Report and Recommendation, wherein the parties were directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation. No objections have been filed. Accordingly, the Court will review the Magistrate's Report and Recommendation for clear error.[1]

Upon examination of the report from the Magistrate Judge, it appears to the Court that the issues raised by the Petitioner in his Petition, filed pursuant to 28 U.S.C. §2241, wherein Petitioner seeks an order directing the Bureau of Prisons ("BOP) to tranfer him to a halfway house for the last six months of his term of imprisonment, were thoroughly considered by Magistrate Judge Seibert in his Report and Recommendation, as was the Respondent's Motion to Dismiss. Moreover, the Court, upon a review for clear error, is of the opinion that the Report and Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in this action.

---

[1] The failure of a party to object to a Report and Recommendation waives the party's right to appeal from a judgment of this Court based thereon and, additionally, relieves the Court of any obligation to conduct a *de novo* review of the issues presented. See Wells v. Shriners Hospital, 109 F.3d 198, 199-200 (4th Cir. 1997); Thomas v. Arn, 474 U.S. 140, 148-153 (1985).

Therefore, it is

      **ORDERED** that Magistrate Judge Seibert's Report and Recommendation be, and the same hereby is, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge. Accordingly, it is

      **ORDERED** that Respondent's Motion to Dismiss be, and the same hereby is, **GRANTED**. It is further

      **ORDERED** that the Petitioner's Application for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 shall be, and the same hereby is, **DENIED** and **DISMISSED with prejudice**. It is further

      **ORDERED** that the above-styled action shall be **STRICKEN** from the docket of this Court. It is further

      **ORDERED** that the Clerk shall enter judgment for the Respondent. It is further

      **ORDERED** that, if a party should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure. The $5.00 filing fee for the notice of appeal and the $450.00 docketing fee should also be submitted with the notice of appeal. In the alternative, at the time the notice of appeal is submitted, Petitioner may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> from the United States Court of Appeals for the Fourth Circuit.

      **ENTER**: October  7th , 2008

                                             **/s/ Robert E. Maxwell**
                                              United States District Judge